Commonwealth ex rel. Faulde, Appellant, *v.* Banmiller.

Submitted March 26, 1958.   Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Pasquale Faulde,* appellant, in propria persona.

*Benjamin H. Renshaw, Jr., Juanita Kidd Stout,* Assistant District Attorneys, *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, April 16, 1958:
The order of the court below is affirmed on the opinion of Judge REIMEL, as reported in 12 Pa. D. & C. 2d 78.